UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-0147-LDG-GWF |
| Plaintiff, | ORDER |
| vs. | |
| JACLYN MIKIE SUMARNKANT, | |
| Defendant. | |

Based on the representations contained in the Government's motion and good cause appearing,

IT IS HEREBY ORDERED that Government's Motion to Dismiss Indictment (ECF No. 227 ) is granted. The Indictment (ECF No. 1) against Defendant JACLYN MIKIE SUMARNKANT is dismissed without prejudice.

DATED this 20 of September, 2016.

_____
HONORABLE LLOYD D. GEORGE
UNITED STATES DISTRICT JUDGE

3